United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEREK J. SIMMONS,

      Petitioner

  v.

SCOTT KERNAN,

      Respondent
_____/

No. 06-1590 MMC

**ORDER ASSIGNING CASE TO ELECTRONIC CASE FILING PROGRAM**

On February 28, 2006, plaintiff, appearing pro se, instituted the above-titled action. On August 1, 2006, plaintiff, through counsel, filed a Notice of Attorney of Record.

In light of the requirements of the E-Government Act of 2002, and all parties in the above-titled action now being represented by counsel, IT IS HEREBY ORDERED that the case, is assigned to the Electronic Case Filing Program, pursuant to General Order No. 45. All further filings shall be filed electronically, subject to the exceptions and exclusions set forth in section VII of General Order No. 45.

The parties are hereby advised that section IV (A) of General Order No. 45 provides: "Each attorney of record is obligated to become an ECF User and be assigned a user ID and password for access to the system upon designation of the action as being subject to ECF." Accordingly, if counsel has not already done so, counsel for each party shall register forthwith as an ECF User and obtain an ECF User ID and password. Forms and

1 | instructions concerning registration can be found on the district court's web site at
2 | ecf.cand.uscourts.gov.

      Counsel are reminded of the following provision in the Court's Standing Orders: "In all cases that have been assigned to the Electronic Case Filing Program, the parties are required to provide for use in chambers one paper copy of each document that is filed electronically. The paper copy of each such document shall be delivered no later than noon on the day after the document is filed electronically. The paper copy shall be marked 'Chambers Copy' and shall be delivered to the Clerk's Office in an envelope clearly marked with the judge's name, case number, and 'E-Filing Chambers Copy.'"

      **IT IS SO ORDERED.**

Dated: August 7, 2006

                                          Maxine M. Chesney
                                          United States District Judge